396 A.2d 843

Seger v. Zugates, Appellant.

Argued October 25, 1978. William D. Boyle, for appellant; Jay Y. Rubin, for appellee.

Before PRICE, HESTER and WATKINS, JJ.

Decree affirmed.